Drew P. Taylor, OSB No. 135974
email: drew@crowell-law.com
CROWELL LAW
P.O. Box 923
Salem, OR 97308
(503) 581-1240
Of attorneys for plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| DALLAS BUYERS CLUB, LLC., <br><br> Plaintiff, <br><br> v. <br><br> RONDY BECKER JR., <br><br> Defendant. | Case No.: 6:15-cv-00697-AC <br><br> ORDER OF DEFAULT |

### DEFAULT

Defendant RONDY BECKER JR. is in default for failure to answer or otherwise plead to the complaint.

DATED: December 3, 2015.

JOHN V. ACOSTA
United States Magistrate Judge